IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Debra Pettit, | ) | |
| | ) | C/A No.:  0:07-1777-JFA |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Michael J. Astrue, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court for review of the Magistrate Judge's Report and Recommendation ("Report") made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 83.VII.02.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the report and recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the magistrate judge, or recommit the matter to him with instructions. 28 U.S.C. § 636(b)(1).

The plaintiff, Debra Pettit, brings this action pursuant to § 205(g) of the Social Security Act, as amended (42 U.S.C. §§ 405(g)), to obtain judicial review of the final decision by the Commissioner of Social Security which denied plaintiff's claim for disability

1

insurance benefits ("DIB").

The Magistrate Judge to whom this matter was referred has filed a detailed and comprehensive report suggesting that the decision of the Commissioner should be affirmed. Plaintiff has not filed an objection to the report.

The court has reviewed the record and finds the Report to be proper. It is therefore ordered that the Report be incorporated herein and that the decision of the Commissioner of Social Security denying benefits in this case be affirmed.

IT IS SO ORDERED.

June 12, 2008  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge